No. 03–5804. LaBonte v. Texas. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 03–5805. Lopez-Martinez v. United States. C. A. 5th Cir. Certiorari denied.

No. 03–5806. Perez v. United States. C. A. 9th Cir. Certiorari denied.

No. 03–5807. Olvera v. United States. C. A. 9th Cir. Certiorari denied.

No. 03–5808. Montes-Rodriguez v. Merit Systems Protection Board. C. A. Fed. Cir. Certiorari denied.

No. 03–5809. Butts v. Hurley, Warden. C. A. 6th Cir. Certiorari denied.

No. 03–5810. Meacham v. United States. C. A. 6th Cir. Certiorari denied.

No. 03–5811. Perez-Perez, aka Zarate-Valazquez v. United States. C. A. 8th Cir. Certiorari denied.

No. 03–5812. Munoz-Reya v. United States. C. A. 5th Cir. Certiorari denied.

No. 03–5813. Page v. United States. C. A. 4th Cir. Certiorari denied.

No. 03–5814. Burgess v. Oregon. Ct. App. Ore. Certiorari denied.

No. 03–5815. Lee v. United States. C. A. 4th Cir. Certiorari denied.

No. 03–5817. Tepp v. United States. C. A. 5th Cir. Certiorari denied.

No. 03–5818. Perez-Garcia, aka Perez-Perez v. United States. C. A. 5th Cir. Certiorari denied.

No. 03–5820. Talavera-Mercado, aka Quintanilla-Mercado v. United States. C. A. 5th Cir. Certiorari denied.